**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 7 2022

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JOSEPH NELUMS,

    Plaintiff,

v.      case no. 2:22-cv-418-JB-GJF

SMILZ INC., JASPREET MATHUR,
SMILZ CAPITAL INC. and
LIMITLESS X HOLDINGS INC.,

    Defendants.

## ORDER ON UNOPPOSED MOTION TO DISMISS

Plaintiff filed an unopposed motion to dismiss this entire case on 11/03/22. Doc. 19. For the reasons set forth in the motion, the Court GRANTS the dismissal requested.

IT IS ORDERED Plaintiff's individual claims in the above-entitled and numbered cause are dismissed with prejudice. No class of similarly situated persons has been certified in this matter therefore dismissal shall have no effect on the claims or potential claims of anyone other than Plaintiff. This case is closed.

James O. Browning,
United States District Judge

Submitted by:

/s/ Sid Childress
_____
Sid Childress, Lawyer
1925 Aspen Dr. #600A
Santa Fe, NM 87505
childresslaw@hotmail.com
(505) 433 - 9823
Attorney for Plaintiff