## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

JOSEPH NELUMS,

      Plaintiff,

vs.                                        No. CIV 22-0418 JB/GJF

SMILZ CAPITAL INC.; LIMITLESS X
HOLDINGS INC.; JASPREET MATHUR; and
SMILZ INC.,

      Defendants.

### FINAL JUDGMENT

**THIS MATTER** comes before the Court on its Order on Unopposed Motion to Dismiss, filed November 7, 2022 (Doc. 20)("Order").  In the Order, the Court dismisses Plaintiff Joseph Nelums' claims with prejudice.  See Order at 1.  With no more parties, claims, or issues before the Court, the Court enters Final Judgment, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, disposing of this case.  See Fed. R. Civ. P. 58(a).

**IT IS ORDERED** that: (i) Plaintiff Joseph Nelums' claims against Defendants Smilz Capitals Inc., Limtless X Holdings Inc., Jaspreet Mathur, and Smilz Inc. are dismissed with prejudice; (ii) this case is dismissed with prejudice; and (iii) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Sidney Childress
Sid Childress, Lawyer
Santa Fe, New Mexico

*Attorney for the Plaintiff*